IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES DANIEL | Case No.: 4:25 -CR-3 |

## ORDER

The Defendant was indicted on January 14, 2025 (ECF No. 1) and arraigned on January 28, 2025 (Text Entry, ECF No. 6).  A pretrial conference is currently scheduled for February 25, 2025.  The parties jointly ask to continue the case.  Specifically, the parties need additional time to review discovery, conduct additional investigation, discuss discovery and possible defenses with counsel and Defendant, and to discuss a resolution.

IT IS HEREBY ORDERED that the above-referenced matter be continued to next term of Court set for **September 2025**, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time.  The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation.   18 U.S.C. §§ 3161(h)(7)(A)-(B).

The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this 19th day of February, 2025.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA
